## THE PEOPLE v. ALFRED QUACKENBUSH.

MURDER IN THE FIRST DEGREE—SUFFICIENCY OF EVIDENCE.

APPEAL from a judgment of conviction, and from an order denying a new trial, and from an order denying a motion in arrest of judgment in the Superior Court of Sonoma County. TEMPLE, J.

No brief on file for Appellant.

A. L. Hart, Attorney General, for Respondent.

The COURT:

The transcript in this case is very voluminous. It would serve no useful purpose to state the case in detail. The point relied on at the argument is, that the evidence is insufficient to show that degree of premeditation sufficient to constitute murder in the first degree. We think the evidence sufficient to warrant the verdict. Nor do we discover any error in law prejudicial to the defendant.

Judgment and order affirmed.